■ LYNN M. DELBELLO, Respondent, v THOMAS M. DELBELLO, Appellant. [953 NYS2d 532]—Appeal from a judgment of the Supreme Court, Erie County (John F. O'Donnell, J.), entered December 2, 2010 in a divorce action. The judgment, inter alia, directed defendant to pay maintenance to plaintiff in the amount of $200 per week.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by vacating the amount of maintenance awarded and as modified the judgment is affirmed without costs and the matter is remitted to Supreme Court, Erie County, for further proceedings in accordance with the same memorandum as in *DelBello v DelBello* (100 AD3d 1436 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.